IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN HETRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV590-SRW |
| ) | (WO) |
| CITY OF HARTFORD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is presently before the court on the motion to dismiss certain parties filed by plaintiff Ann Hetrick on July 28, 2006 (Doc. # 4).  The Rules of Civil Procedure permit a plaintiff to dismiss her action voluntarily without an order of the court "by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1)(I). At the time plaintiff's motion was filed, no defendant had appeared in this action.[1]  Accordingly, the court construes the motion to dismiss as a Notice of Dismissal without prejudice pursuant to Rule 41(a)(1)(i) as to the claims of plaintiff against defendants Gene Brannon, Paul Fondren, Eria Sorrells, Fred Goyings, Harold King, and Jeff Sorrells.

DONE, this 1st day of August, 2006.

---

[1] Defendants have since filed a motion to dismiss or, in the alternative, for a more definite statement (Doc. # 5).

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE
